GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
TERESA M. PILATOWICZ
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for MP Collateral, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11 |
| MP COLLATERAL, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RYAN DREXLER, an individual; WHITE WINSTON SELECT ASSET FUNDS, LLC, a Delaware limited liability company; and WHITE WINSTON SELECT ASSET FUND SERIES FUND MP-18, LLC, a Delaware limited liability company.<br><br>Defendant. | Adv. Pro. No. |

**ADVERSARY COMPLAINT**

Plaintiff MP Collateral, LLC, a Delaware limited liability company ("Plaintiff") by and through its undersigned attorneys, files this complaint ("Complaint") against defendant Ryan Drexler ("Drexler"), White Winston Select Asset Funds, LLC ("WWSAF"), and White Winston

Select Asset Fund Series Fund MP-18, LLC ("WWSAF-18," collectively with WWSAF, ("White Winston"), and alleges as follows:

## I.
## PARTIES

1. Plaintiff is a creditor of MP Reorganization fka MuslePharm Corporation (the "Debtor"). Plaintiff is a Delaware limited liability company, and is the collateral agent for the Noteholders (as defined herein).

2. Ryan Drexler is the former Chief Executive Officer ("CEO") of, and a creditor of, Debtor. His principal residence is, and at all times relevant herein was, in the state of Nevada and/or California.

3. White Winston Select Asset Funds, LLC is a creditor of Debtor. It is a Delaware limited liability company with a principal place of business at 265 Franklin Street, Boston, Massachusetts. It is believed to be a citizen of the state of Massachusetts, among other states.

4. White Winston Select Asset Fund Series Fund MP-18, LLC is a creditor of Debtor. It is a Delaware limited liability company with a principal place of business at 265 Franklin Street, Boston, Massachusetts. It is believed to be a citizen of the state of Massachusetts, among other states.

## II.
## JURISDICTION AND VENUE

5. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334. This is a core proceeding. This Court has jurisdiction over each of the Defendants because they are creditors of, and have appeared in this case related to, this bankruptcy estate.

6. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409 because this proceeding arises under cases pending in this Judicial District.

7. Plaintiff consents to the entry of final orders or judgment by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

## III.
## FACTUAL BACKGROUND

1. On December 15, 2022, Debtor filed the above captioned chapter 11 case (the "Chapter 11 Case").

### A. Multiple Parties Contend to Be a Secured Creditor In the Chapter 11 Case.

**a. Prestige Capital Corporation**

8. In 2016, Prestige Capital Corporation, entered into a Purchase and Sale Agreement between Prestige Capital Corporation (along with its successors "Prestige") and Debtor dated as of January 11, 2016 (as may have been subsequently amended, modified, or extended, the "Prestige Factoring Agreement").

9. As of December 15, 2022, Prestige asserts it is owed $2,702,003.11 plus applicable fees and costs (of about $35,000) pursuant to the Prestige Factoring Agreement.

10. Prestige filed a UCC-1 financing statement with the Secretary of State of Nevada on December 31, 2015, filing number 2015036112-2.

11. Prestige, Empery Tax Efficient, LP ("Empery"), the Debtor, and Canada MusclePharm Enterprises Corp. entered into an intercreditor agreement dated as of October 13, 2021 (the "Prestige Intercreditor Agreement").

12. On March 9, 2023, Prestige filed a proof of claim, identifying a secured claim of $2,737,003.11. *See* Claim No. 14.

13. Plaintiff acquired Prestige's claim. [ECF No. 360].

**b. Ryan Drexler.**

14. Drexler was Debtor's largest shareholder and its Chief Executive Officer and Chairman of its Board of Directors.

15. Drexler alleges that he made a series of loans to Debtor to fund its business operations that were initially secured by Debtor's collateral.

16. Specifically, Drexler has alleged in his proof of claim that Drexler holds a secured claim of $10,872,081.00 (the "Drexler Claim"), which includes (1) a Secured Revolving Promissory Note dated October 15, 2020, as amended and restated by a Convertible Secured

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Promissory Note dated August 13, 2021 (the "August 2021 Note"); and (2) an Amended and Restated Convertible Secured Promissory Note dated August 21, 2020, as amended by a Convertible Secured Promissory Note dated November 29, 2020, as amended by an Amendment to Convertible Secured Promissory Note dated as of August 13, 2021 (the "August 2021 Amendment"). *See* Claim No. 56.

17. Drexler filed a UCC Financing Statement with the Nevada Secretary of State as Filing No. 20211197394-1 on October 13, 2021.

**c. Empery.**

18. On October 13, 2021, Empery, Empery Master Onshore, LLC ("EMO"), Empery Tax Efficient III, LP ("ETE3"), and Empery Debt Opportunity Fund, LP ("EDOF," and collectively with EMO, Empery and ETE3, the "Empery Noteholders"), along with Ionic Ventures, LLC, Anson Investments Master Fund LP, CVI Investments, Inc., HB Fund LLC, Intracoastal Capital LLC, Bigger Capital Fund, LP, District 2 Capital Fund LP, L1 Capital Global Opportunities Master Fund, and Altium Growth Fund, LP (collectively, with the Empery Noteholders the "October Noteholders") entered into a Securities Purchase Agreement (the "SPA") with Debtor. Debtor issued the October Noteholders notes in the principal amount of $8,197,674.42 (the "October 2021 Secured Notes"). At the time of the issuance and until March 2023, Empery was the Collateral Agent for all of the Noteholders. Empery is now the financing agent of Plaintiff, as successor to the Noteholders.

19. Also on October 13, 2021, Debtor entered into a Pledge and Security Agreement (the "Security Agreement"), granting security interests and pledging a substantial portion of its and its subsidiaries personal and intellectual property to the October Noteholders (hereinafter, the "Collateral").

20. On October 14, 2021, Empery filed a UCC Financing Statement with the Nevada Secretary of State as Filing No. 20211197657-6.

21. As a condition precedent to the Financing, the Noteholders required that Drexler agree to and execute an Intercreditor and Subordination Agreement ("Empery Intercreditor Agreement"). The Empery Intercreditor Agreement set forth the parties' relative payment

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

priorities, subordinating all debts held by Drexler to the Noteholders, and established their relative rights in the event Debtor found itself in bankruptcy.

22. Drexler has acknowledged that the Empery Intercreditor Agreement places Empery in a senior position to his liens.

23. The SPA incorporates the "Transaction Documents," which are defined to include the Empery Intercreditor Agreement among Drexler and the Noteholders.

24. In March 2022, Debtor requested permission from the Empery Noteholders to establish a new revolving credit facility with Drexler ("Drexler Unsecured Revolver") to finance inventory to better control Debtor's margins on orders with Debtor's [then] largest customer, Costco. On March 8, 2022, Debtor issued Drexler an unsecured promissory note (the "Drexler Revolver Note").

25. At about the same time that MusclePharm and Drexler entered into the Drexler Unsecured Revolver and Drexler received the Drexler Revolver Note, Drexler, the October Noteholders and Debtor entered into the First Amendment to Intercreditor and Subordination Agreement (the "Empery First Amendment").

26. On June 3, 2022, the Debtor and the October Noteholders entered into a Waiver and Amendment Agreement which, among other matters, extended the maturity date of the October 2021 Secured Notes to December 10, 2022.

27. On June 3, 2022, the Debtor, the October Noteholders and others (together with the October Noteholders, the "Noteholders") entered into an Amended and Restated Securities Purchase Agreement pursuant to which (i) the principal amount under the Empery October 2021 Secured Notes was increased from $8,197,674.42 to $9,759,135.00, and (ii) the Debtor issued notes to Empery and others (the "June Noteholders") in the aggregate principal amount of $3,081,875.00 (the "June 2022 Empery Secured Notes" and collectively with the October 2021 Empery Secured Notes, the "Empery Secured Notes"), which Empery June 2022 Secured Notes are evidenced by a Securities Purchase Agreement and an Original Issue Discount Senior Secured Note Due December 10, 2022, issued to each of the June Noteholders.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

28. Plaintiff filed a proof of claim on behalf of the Noteholders as collateral agent in the amount of $18,066,579.01. *See* Claim No. 59.

/ / /

**d. White Winston.**

29. On December 5, 2022, Drexler, personally and on behalf of Debtor, executed a settlement agreement with White Winston (the "Settlement Agreement").

30. Drexler purported to grant White Winston a security interest in all of Debtor's assets, including those securing the Noteholders' debt, and purported to agree that White Winston would be paid *pari passu* with Drexler's Subordinated Debt. The Settlement Agreement acknowledges that the security interest held by Drexler and White Winston on a *pari passu* basis is subordinate to the security interests held by Plaintiff.

31. On December 7, 2023, White Winston filed a UCC Financing Statement with the Nevada Secretary of State as Filing No. 2022289911-0, encumbering "all personal property of the Debtor of every kind and nature."

32. On December 14, 2022, Empery filed a complaint in the Supreme Court of the State of New York County of New York ("New York State Court") against Debtor, White Winston, and Drexler seeking a temporary restraining order and permanent injunction enjoining the consummation of the Settlement Agreement, among other things.

33. On December 15, 2022, the New York State Court entered a temporary restraining order prohibiting MusclePharm, White Winston, and Drexler from consummating the Settlement Agreement and from taking other action to dispose of any MusclePharm assets.

34. White Winston filed a secured claim in an amount of "at least $8,630,261.00." *See* Claim No. 44.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### (Declaratory Relief)

35. Plaintiff realleges and adopts the allegations set forth in the preceding paragraphs

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

as if fully set forth herein below.

36. Plaintiff, Drexler, and White Winston each assert that it/he has a secured claim in substantially all of Debtor's assets in this Chapter 11 Case. No other party asserts that it has a secured claim in substantially all assets. Accordingly, the Court should declare the parties relative priorities and extent of their claim and liens.

37. Plaintiff holds a first position valid and enforceable secured interest in all of Debtor's assets, by virtue of the Noteholders' claim and Prestige's claim.

38. Under Section 11 U.S.C. § 510, a properly executed intercreditor agreement overrides priorities and allows parties to customize their rights. *In re Grail Semiconductor Sedgwick Fundingco, LLC v. Newdelman*, 15-29890-A-7, 2022 WL 194384, at *21–22 (Bankr. E.D. Cal. Jan. 20, 2022). Intercreditor agreements define their rights and remedies of creditors vis-à-vis each other with respect to a common debtor. *Bowling Green Sports Center, Inc., v. G.A.G. LLC*, 413 Ill.Dec. 123, 128 (Ill. App. Ct. 2017); 11 U.S.C. § 510(a); *Sun Life Assurance Co. of Canada v. Great Lakes Business Credit LLC*, 968 F.Supp.2d 898, 910 (N.D. Ill. 2013) (applying Michigan law); Jonathon P. Friedland, *Commercial Bankruptcy Litigation* § 18:1 (January 2021) (such agreements "confirm[ ] or modif[y] the pre-existing priority rankings of those claims relative to each other...").

39. The Prestige Intercreditor Agreement is a valid and binding agreement among Plaintiff, as successor in interest, Debtor, and Drexler.

40. The Empery Intercreditor Agreement is a valid and binding agreement among Empery, Debtor, and Drexler.

41. To the extent that Drexler has a secured claim, Plaintiff seeks a declaration that Drexler's claim is subordinated to all interests of Plaintiff, including under the Prestige Intercreditor Agreement and the Empery Intercreditor Agreement.

42. To the extent that White Winston has a secured claim, Plaintiff seeks a declaration that White Winston's claim is subordinated to all interests of Plaintiff, including under its UCC-1 filing, the Settlement Agreement, the Prestige Intercreditor Agreement, and the Empery Intercreditor Agreement.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

43. Plaintiff has been required to retain the services of an attorney and to incur costs to prosecute this action, and is entitled to recover its attorneys' fees and costs incurred in prosecuting this matter.

## IV.
## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff demands judgment against Defendants as follows:

1. For a declaration that Plaintiff's claim has priority over any secured claim of Drexler or White Winston;

2. For a declaration declaring the amount and priority of any secured claim;

3. For reasonable attorney fees and costs; and

4. For such further relief the Bankruptcy Court finds just and proper.

DATED this 21st day of June, 2024.

GARMAN TURNER GORDON LLP

*/s/ Teresa Pilatowicz*
GREGORY E. GARMAN, ESQ.
WILLIAM M. NOALL, ESQ.
TERESA M. PILATOWICZ, ESQ.
DYLAN T. CICILIANO, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for MP Collateral, LLC*