GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Empery Tax Efficient, LP on behalf of itself and as agent for MP Collateral, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11 |
| MP COLLATERAL, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RYAN DREXLER, an individual; WHITE WINSTON SELECT ASSET FUNDS, LLC, a Delaware limited liability company; and WHITE WINSTON SELECT ASSET FUND SERIES FUND MP-18, LLC, a Delaware limited liability company.<br><br>Defendant. | Adv. Pro. No.: 24-01050-NMC<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

NOTICE IS HEREBY GIVEN that the *Order Approving Stipulation to Dismiss Adversary Proceeding* [ECF No. 62] was entered in the above-entitled matter on February 21, 2025. A copy of the Order is attached hereto as **Exhibit 1**.

///

DATED this 24th day of February, 2025.

GARMAN TURNER GORDON LLP

/s/ *Teresa M. Pilatowicz*

GREGORY E. GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
DYLAN T. CICILIANO, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Empery Tax Efficient, LP on behalf of itself and as agent for MP Collateral, LLC*

# EXHIBIT 1

EXHIBIT 1

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 21, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Empery Tax Efficient, LP on behalf of itself and as agent for MP Collateral, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11 |
| MP COLLATERAL, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RYAN DREXLER, an individual; WHITE WINSTON SELECT ASSET FUNDS, LLC, a Delaware limited liability company; and WHITE WINSTON SELECT ASSET FUND SERIES FUND MP-18, LLC, a Delaware limited liability company.<br><br>Defendant. | Adv. Pro. No.: 24-01050-NMC<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

Empery Tax Efficient, LP ("Empery Tax"), on behalf of itself and as agent for MP Collateral, LLC (MP Collateral, and together with Empery Tax, "Empery"), and Ryan Drexler ("Drexler," and together with Empery, the "Parties") by and through their respective undersigned counsel, entered into that certain *Stipulation to Dismiss Adversary Proceeding* (the "Stipulation").[1] Good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that:

1. The above captioned adversary proceeding is dismissed; and
2. The Adversary Case shall be closed and any pending hearings vacated.
3. This Court retains jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

**IT IS SO ORDERED.**

Submitted By:
GARMAN TURNER GORDON LLP

By: */s/ Teresa Pilatowicz*
GREGORY GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
DYLAN T. CICILIANO, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Empery Tax Efficient, LP on behalf of itself and as agent for MP Collateral, LLC*

BIENERT KATZMAN LITTRELL WILLIAMS LLP

By: */s/ Anthony Bisconti*
ANTHONY R. BISCONTI, ESQ.
360 W. 2nd Street, Suite 625
Los Angeles, CA 90012

-and-

MINCIN LAW, PLLC
DAVID MINCIN, ESQ.
7465 W. Lake Mead Blvd, #100
Las Vegas, NV 89128

*Attorneys for Ryan Drexler*

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Stipulation.

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Bankruptcy Court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as stated above.

*Approvals Reflected in Signatures Above.*

☐ I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

Garman Turner
Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000