GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
DYLAN T. CICILIANO
Nevada Bar No. 12348
E-mail: dciciliano@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Empery Tax Efficient, LP on behalf of itself and as agent for MP Collateral, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MP REORGANIZATION,<br><br>Debtor. | Case No.: 22-14422-NMC<br><br>Chapter 11 |
| MP COLLATERAL, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RYAN DREXLER, an individual; WHITE WINSTON SELECT ASSET FUNDS, LLC, a Delaware limited liability company; and WHITE WINSTON SELECT ASSET FUND SERIES FUND MP-18, LLC, a Delaware limited liability company.<br><br>Defendant. | Adv. Pro. No.: 24-01050-NMC |

**CERTIFICATE OF SERVICE**

1. On February 24, 2025, I served the following document:

a. *Notice of Entry of Order Approving Stipulation to Dismiss Adversary Proceeding* Dkt. No. 65

I served the above-named document(s) by the following means to the persons as listed below: ☒ ECF System: See attached ECF Confirmation Sheets.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of February, 2025.

*/s/ Shelby Harmer*
an employee of Garman Turner Gordon LLP